36 So.2d 563

**WEATHERS v. STATE.**

8 Div. 454.

Supreme Court of Alabama.
July 31, 1948.

H. H. Hamilton, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

STAKELY, Justice.

The petition for certiorari must be stricken on motion of the Attorney General. No brief accompanies the application for certiorari as required by Supreme Court Rule No. 44, Code 1940, Tit. 7 Appendix.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.